In the Interest of T.W.S., Plaintiff,

JUVENILE OFFICER, Respondent,

v.

V.L.M. (Natural Mother), Appellant.

No. WD 54875.

Missouri Court of Appeals,
Western District.

·June 30, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Sept. 1, 1998.

Alison K. Blessing, Liberty, for Appellant.

Jame A. Fluker, Guardian Ad Litem, Max Von Erdmannsdorf, Kansas City, for Respondent.

Before ELLIS, P.J., and LOWENSTEIN and RIEDERER, JJ.

*ORDER*

PER CURIAM.

Appellant's parental rights were terminated under § 211.447.2 and .3, RSMo 1994. Judgment affirmed. Rule 84.16(b).